**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **NO. 1:19-cr-00007** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **ROBERT J. MCGOUGH** | ) | |

## <u>ORDER</u>

Defendant Robert J. McGough filed a motion to vacate judgment under 28 U.S.C. § 2255, which the Government did not oppose. *See* Case No. 3:25-cv-00667. For the reasons stated in the Memorandum and Order in Case No. 3:25-cv-00667, the indictment in this case (Doc. No. 1) is **DISMISSED** and the Judgment (Doc. No. 64) is **VACATED**. For avoidance of doubt, the Supervised Release Petition (Doc. No. 106) is also **DISMISSED**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE